UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BURVIN STEVENSON,  Case No. 2:04-CV-31

    Petitioner,  Hon. Richard Alan Enslen

v.

FABIAN LAVIGNE,

    Respondent.

**ORDER**

/

    This matter is before the Court on Petitioner Burvin Stevenson's Motion for Substitution of Counsel. This is Petitioner's third attempt to obtain substitute counsel. On October 11, 2007, Petitioner filed a *pro se* Motion to Dismiss Counsel, (*see* Dkt. No. 121), yet later abandoned this request during an October 25, 2007 hearing before the Magistrate Judge. On February 6, 2008, Petitioner filed another *pro se* motion to substitute counsel entitled "Ex-Parte Notice to the Court, and Request to File Motion for Reconsideration Due to Ineffective Assistance of Counsel." The Court denied this Motion by Order of April 16, 2008 and stated that "[t]his Court will not entertain motions concerning the ineffective assistance of Petitioner's counsel, Paul A. Peterson, until such time as counsel is discharged by leave of court." (Dkt. No. 151.) Upon review, the Court again determines that Petitioner's *pro se* Motion is void of merit. The Court also determines that further hearing is unnecessary in light of the previous hearing and the substance of Petitioner's complaints.

    **THEREFORE, IT IS HEREBY ORDERED** that Petitioner Burvin Stevenson's Motion for Substitution of Counsel (Dkt. No. 154) is **DENIED**.

DATED in Kalamazoo, MI:
    June 2, 2008

      /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE